

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's attorney was notified by this court that the final portion of the reporter's record was filed on September 29, 2014; accordingly, appellant's brief was originally due to be filed on October 29, 2014. On November 3, 2014, appellant's attorney was notified that the brief was late. Because no response was filed in response to this court's notice, an order was issued on November 20, 2014, stating that if appellant failed to file appellant's brief within ten days, the appeal would be abated to the trial court for an abandonment hearing.

On December 1, 2014, appellant's attorney filed a response to this court's order stating that he did not receive notice that the final portion of the reporter's record was filed or this court's notice that the brief was late. Appellant's attorney requests an additional sixty days to file the brief. The request is GRANTED. Appellant's brief must be filed no later than January 30, 2015.

With regard to the request by appellant's attorney for a copy of the reporter's record, appellant's attorney must direct his request for a copy of the record to the trial court clerk.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court